No. 30,872

RALPH BARRETT, *Appellant*, v. FRED HURD, *Appellee*.

(23 P. 2d 1119.)

Opinion on rehearing filed July 8, 1933. (For original opinion of affirmance see 136 Kan. 799, 18 P. 2d 184.)

*F. Dumont Smith, Eustace Smith* and *Claude E. Chalfant,* all of Hutchinson, for the appellant.

*Harold Payne,* of Kinsley, for the appellee.

*Per Curiam:* The original opinion in this case is reported in *Barrett v. Hurd,* 136 Kan. 799, 18 P. 2d 184. On the motion of appellant a rehearing was allowed and the questions have been re-briefed and reargued. The court again has considered fully the questions involved and is of the opinion the original judgment of affirmance should be adhered to. It is so ordered.